UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

MALCOLM XAVIER JEFFRIES,

          Petitioner,                   Case No. 1:20-cv-240

v.                                         Honorable Janet T. Neff

S.L. BURT,

          Respondent.
_____/

## ORDER TO SHOW CAUSE

This is a habeas corpus action brought by a state prisoner under 28 U.S.C. § 2254. By order entered September 1, 2020, the Court directed Respondent to file an answer to the petition within 180 days. Service of the order to answer and the petition was acknowledged by the Michigan Attorney General's office on September 4, 2020. The Michigan Attorney General has not filed an appearance in this action. The answer was due on March 1, 2021. Respondent has not filed an answer to the petition.

Accordingly,

**IT IS HEREBY ORDERED** that Respondent shall show cause for failure to comply with the Court's September 1, 2020, order within 14 days of the date of this order.


Dated:  March 31, 2021                          /s/ Ray Kent
                                                                   Ray Kent
                                                                     United States Magistrate Judge